UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SARAH M. FITZPATRICK,

    Plaintiff,

v.                                                    Case No:   6:25-cv-2330-RBD-LHP

DISCOVER PRODUCTS, INC.; EQUIFAX
INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS,
INC.; and TRANS UNION LLC,

    Defendants.

---

## ORDER OF DISMISSAL

This cause is before the Court upon the Plaintiff's Notice of Settlement filed on June 2, 2026 (Doc. 45), indicating that this case has settled as to Defendant, Equifax Information Services LLC, only. Accordingly, it is **ORDERED AND ADJUDGED**:

1.    That the above-styled cause is hereby **DISMISSED WITH PREJUDICE** as to Defendant, Equifax Information Services LLC, subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2.    The Clerk is **DIRECTED** to terminate Defendant, Equifax Information

Services LLC, only as a party to this action.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 5, 2026.

X _____

Roy B. Dalton, Jr.
United States District Judge