# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SARAH M. FITZPATRICK,
an individual,

   Plaintiff,

v.

DISCOVER PRODUCTS, INC.,
a/k/a DISCOVER
FINANCIAL SERVICES,
d/b/a DISCOVER BANK,
a foreign for-profit corporation,
EQUIFAX INFORMATION
SERVICES LLC,
a foreign limited liability company,
EXPERIAN INFORMATION
SOLUTIONS, INC.,
a foreign for-profit corporation, and
TRANS UNION LLC,
a foreign limited liability company,

   Defendants.

_____/

Case No.: 6:25-cv-2330-RBD-DCI

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES LLC

Plaintiff, SARAH M. FITZPATRICK (hereinafter, "Plaintiff"), and

Defendants, EQUIFAX INFORMATION SERVICES LLC (hereinafter, "Equifax"),

DISCOVER PRODUCTS, INC., a/k/a DISCOVER FINANCIAL SERVICES,

d/b/a DISCOVER BANK, EXPERIAN INFORMATION SOLUTIONS, INC., and

TRANS UNION LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby file this *Joint*

*Stipulation for Dismissal with Prejudice as to Defendant Equifax Information Services LLC* as

follows:

There are no longer any issues in this matter between Plaintiff and Equifax to

be determined by this Court. Plaintiff and Equifax hereby stipulate that all causes of

action that were or could have been asserted against Equifax are dismissed with

prejudice, with court costs and attorneys' fees to be paid by the party incurring

Dated: July 2, 2026

SWIFT LAW PLLC

/s/ *Aaron M. Swift*
Aaron M. Swift, Esq., FBN 0093088
Jordan T. Isringhaus, Esq., FBN 0091487
Sean E. McEleney, Esq., FBN 0125561
11300 4th St. N., Ste. 260
St. Petersburg, FL 33716
Phone: (727) 490-9919
Fax: (727) 255-5332
aswift@swift-law.com
jisringhaus@swift-law.com
smceleney@swift-law.com
jmurphy@swift-law.com
*Counsel for Plaintiff*

SEYFARTH SHAW LLP

/s/*Ritika Singh*
Ritika Singh
FBN 1016708
2323 Ross Avenue, Suite 1660
Dallas, TX 75201
Tel: (469) 608-6763
risingh@seyfarth.com
*Counsel for Defendant, Equifax Information Services LLC*

BURR & FOREMAN LLP
/s/*Jacqueline Simms-Petredis*
Jacqueline Simms-Petredis, Esq.
FBN 906751
201 N. Franklin Street, Ste. 3200
Tampa, FL 33602
Tel: (813) 221-2626
jsimms-petredis@burr.com
dmorales@burr.com
*Counsel for Discover Products, Inc.*

KASOWITZ LLP
/s/*Maria H. Ruiz*
Maria H. Ruiz, Esq.
FBN 182923
201 South Biscayne Blvd, Ste. 2550
Miami, FL 33131
Tel: (786) 587-1044
mruiz@kasowitz.com
*Attorney for Experian Information Solutions, Inc.*

QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
*/s/ Alexandra Vargas*
Alexandra Vargas, Esq.
Florida Bar No. 0010961
5801 Tennyson Pkwy, Suite 440
Plano, Texas 75024
(214) 560-5460
Fax: (214) 871-2111
Alex.vargas@qslwm.com
*Counsel for Trans Union LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 2, 2026, I filed a true and correct copy of the above

and foregoing *Joint Stipulation for Dismissal with Prejudice as to Defendant Equifax* via

CM/ECF and will serve a copy of the same to counsel of record for all parties.

*/s/ Aaron M. Swift*