**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SARAH M. FITZPATRICK,
an individual,

                                        Case No.: 6:25-cv-2330-RBD-DCI

        Plaintiff,

v.

DISCOVER PRODUCTS, INC.,
a/k/a DISCOVER
FINANCIAL SERVICES,
d/b/a DISCOVER BANK,
a foreign for-profit corporation,
EQUIFAX INFORMATION
SERVICES LLC,
a foreign limited liability company,
EXPERIAN INFORMATION
SOLUTIONS, INC.,
a foreign for-profit corporation, and
TRANS UNION LLC,
a foreign limited liability company,

        Defendants.

_____/

## NOTICE OF SETTLEMENT

Plaintiff hereby notifies the Court that Plaintiff SARAH M. FITZPATRICK and Defendant DISCOVER PRODUCTS, INC., a/k/a DISCOVER FINANCIAL SERVICES, d/b/a DISCOVER BANK have reached a settlement in principle in this action.  Upon full execution of a settlement agreement and compliance with all terms set forth therein, this matter will be dismissed, with prejudice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 2, 2026, I filed a true and correct copy of the above and foregoing via CM/ECF which will electronically serve all counsel of record.

Respectfully submitted,

**SWIFT LAW PLLC**

/s/ *Aaron M. Swift*

**Aaron M. Swift, Esq. FBN 93088**
Jordan T. Isringhaus, Esq., FBN 091487
Sean E. McEleney, Esq., FBN 0125561
11300 4th Street North, Suite 260
St. Petersburg, FL  33716
Phone: (727) 490-9919
Fax: (727) 255-5332
aswift@swift-law.com
jisringhaus@swift-law.com
smceleney@swift-law.com
jmurphy@swift-law.com
*Counsel for Plaintiff*

2